■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SHAWNDELL M. EVERSON, Respondent. (Appeal No. 2.) [691 NYS2d 810] —Order unanimously affirmed. Same Memorandum as in *People v Everson* (262 AD2d 1059 [decided herewith]). (Appeal from Order of Onondaga County Court, Mulroy, J.—CPL art 440.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.